UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

JANE ZOE,

                    Plaintiff,

v.

UNITED STATES OF AMERICA; BETH
REESE, in her individual capacity,

                    Defendant.

Case No.: 1:25-cv-01227

**DECLARATION OF CRIS HALTOM IN SUPPORT OF JOINT STATUS REPORT**

     I, Cris E. Haltom, PhD, CEDS (Certified Eating Disorder Specialist), hereby declare and state:

     1.     I have actual knowledge of the matters stated in this declaration and would so testify if called as a witness.  I reserve the right to supplement or amend this declaration based on any future information that is provided to me.

     2.     I am a New York State Licensed Psychologist and Certified Eating Disorder Specialist.  I specialize in outpatient treatment of eating disorders and, often, their co-existing diagnoses in individuals of all ages.  I have provided this treatment for over thirty years and operate as part of a treatment team of professionals (medical, nutrition, and mental health) when providing treatment.  Most of my eating disorder patients have required multiple levels of care, beyond the outpatient level, to recover from eating disorders.  I have provided clinical training for mental health providers for the treatment of eating disorders for local, state, national, and international organizations.

3.     The information provided regarding my professional background, experiences, publications, and presentations is detailed in my curriculum vitae (CV).  A true and correct copy of my CV is attached to this declaration as Exhibit A.

4.     I am the author of two books on eating disorders: *A Stranger at the Table: Dealing with Your Child's Eating Disorder* (Hewitt Publishing, 2004) and *Understanding Teen Eating Disorders: Warning Signs, Treatment Options, and Stories of Courage* (with Simpson and Tantillo, Routledge/Taylor & Francis, 2018).  In addition, I have published research on eating disorders in my role as part-time faculty at Ithaca College, Ithaca, NY.

5.     I actively participate in Project ECHO® Eating Disorders, a national virtual learning community where providers collaborate on cases using evidence-based approaches and best practices in eating disorder care.

6.     The opinions expressed in this declaration are based on:

a.     My clinical training and experience as a psychologist treating eating disorders;

b.     My knowledge of relevant peer-reviewed research;

c.     My prior role as Education and Prevention Liaison for the Western New York Comprehensive Care Center for Eating Disorders; and

d.     My work as an author and educator in the treatment of eating disorders.

7.     On August 29, 2025, I conducted a one-hour interview with Ms. Zoe and reviewed the following records in order to formulate a clinical recommendation for the treatment of Ms. Zoe for anorexia nervosa and a feeding disorder:

| Name of Records | Author(s) | Date Created |
|---|---|---|
| Interdisciplinary Patient Care Plan: Federal Medical Center Carswell, Fort Worth, Texas | Nodland, RN; unknown social worker, LCSW; M. Brown, OTR, OTD; unknown psychologist. | March 16, 2024-April 2024 |
| Forensic Psychological Evaluation | Kimberly Smith, Psy.D. | January 13, 2025 |
| Psychological Evaluation unaffiliated with the BOP | Jennie Singer, Ph.D. | April 12, 2025 |
| Clinical Encounter Administrative Note, Bureau of Prisons | J. Montgomery, RDN<br>Co-signed J. Miller, DO | June 27, 2025 |
| Clinical Encounter Bureau of Prisons Health Services | C. Carithers, RN | July 18, 2025 |
| Clinical Encounter Bureau of Prisons Health Services | R. Timsina, RN | July 11, 2025 |
| Clinical Encounter Bureau of Prisons Health Services | Chucky Okoh, FNP-C | July 7, 2025 |

8.      Anorexia nervosa is an eating disorder that carries the highest mortality rate of any mental health diagnosis.  Ms. Zoe has undergone two psychological evaluations within the past year, both of which confirm a diagnosis of "Anorexia Nervosa, Restricting Type, Severe" (ICD-10 diagnosis code F50.012).  Among the subtypes of eating disorders, anorexia nervosa has the greatest mortality risk, with recent research demonstrating a mortality rate two to five times higher than that of the general population.  Causes of death most commonly include suicide, organ failure due to physiological compromise, food aspiration pneumonia, or complications related to immune system failure.  The risk of death is elevated for individuals with a history of hospitalization for anorexia nervosa.  Ms. Zoe reported two prior hospitalizations for this

condition.  Research further establishes that early intervention and treatment reduce mortality risk in this population.

9.      In addition to anorexia nervosa, Ms. Zoe carries co-occurring diagnoses of generalized anxiety disorder, major depressive disorder, post-traumatic stress disorder, and autism spectrum disorder.  Dr. Singer's report also noted avoidant/restrictive food intake disorder (ARFID), which technically cannot be diagnosed alongside anorexia nervosa under current psychiatric guidelines.  This remains an area of controversy, as many clinicians recognize that both conditions can coexist.

10.      ARFID is characterized by restricted food intake related to sensory sensitivities, lack of interest in eating, or fear of negative consequences from eating.  In both my interview with Ms. Zoe and Dr. Singer's findings, Ms. Zoe displayed a longstanding sensory-based food avoidance.  For example, she requires spices to tolerate the taste of her food and finds certain textures and smells of common foods intolerable.  This is a hallmark feature of ARFID.

11.      Ms. Zoe's choice to eat in isolation reflects features of both disorders: avoidance of judgment for eating "abnormally" (anorexia nervosa) and avoidance of aversive food smells (ARFID).  According to the American Psychiatric Association's diagnostic criteria, anorexia nervosa supersedes ARFID because ARFID excludes body image disturbance—a symptom Ms. Zoe clearly demonstrates.  Still, both disorders are present and clinically relevant.  Both contribute to malnutrition and restrictive eating, and individuals who meet criteria for both often face greater challenges in recovery.  Sensory sensitivities may make treatment more difficult than weight-gain fears alone.

12.      Ms. Zoe will require coordinated treatment from clinicians trained in eating disorders, medical management, and nutrition.  Care should address both her sensory-based food

avoidance and her entrenched body image disturbance and fear of weight gain.  For instance, she has stated she prefers to weigh "in the sixties," currently weighs 76 pounds, and deliberately maintains a minimum weight of 75 pounds to avoid hospitalization.  Practical accommodations, such as allowing her to select tolerated foods from a set menu, may be more effective for meeting nutritional needs than imposing rigid meal plans.

13.    About one in five people with anorexia nervosa develop a long-lasting form of the illness, often defined as lasting more than 3 to 7 years.  Those with severe enduring anorexia nervosa (SE-AN) typically have more severe symptoms, spend more time hospitalized, and struggle more with overall well-being than those with a shorter illness.

14.    Ms. Zoe was hospitalized twice for anorexia nervosa as an adolescent, at ages 13 and 17, and later participated in an Intensive Outpatient Program ("IOP") for eating disorders in her early twenties.  She reported losing her first pregnancy due to insufficient nourishment, a common complication of anorexia nervosa related to fear of weight gain during pregnancy.

15.    Specialized eating disorder treatment enabled Ms. Zoe to attend medical school after college.  However, her history suggests that recovery has generally been temporary and partial.  Since early adolescence, Ms. Zoe has exhibited a strong drive for thinness, body-size concerns, and restrictive eating behaviors.  Severe enduring anorexia nervosa is typically characterized not only by long illness duration but also by repeated need for treatment.

16.    Consistent with partial recovery, Ms. Zoe has experienced recurrent flares of debilitating symptoms, often triggered by stress.  Stressors can include changes in environment (particularly challenging for someone with autism spectrum disorder), emotional distress, and trauma, such as injuries sustained while incarcerated.  Despite a documented history of difficulties managing stress, Ms. Zoe was able to regain enough physical and psychological

stability to complete medical school, post-graduate training, and experience successful pregnancies.

17.    In my opinion, Ms. Zoe has demonstrated the ability to achieve and maintain partial recovery from anorexia nervosa for at least several months at a time when supported by specialty-trained professionals.

18.    Severe enduring anorexia nervosa is often associated with low motivation and feelings of hopelessness.  This is not the case for Ms. Zoe, who describes herself as highly motivated to engage in specialty-trained eating disorder care.  She has spoken positively about her previous treatments by trained eating disorder professionals, noting that they helped her make progress.

19.    For individuals with eating disorders or ARFID, it is critical that treatment providers understand and empathize with the internal experience of the illness.  Statements suggesting that restrictive eating is a "bad choice" or "self-inflicted" are unhelpful, as these behaviors are driven by intense anxiety around food.  Similarly, focusing initially on teaching coping skills has limited effectiveness, because neurobiological changes caused by starvation—such as reduced hunger signals and brain-based food avoidance—impair the ability to benefit from traditional therapies.

20.    The primary goal in treating anorexia nervosa is restoring nutrition.  Once brain function is supported through adequate nourishment, patients can engage more effectively in psychotherapy.  Eating disorders are neurobiological illnesses, not choices.  Ms. Zoe's high motivation for treatment is an important asset and should be supported with appropriate care. Research shows that even individuals with long-term anorexia nervosa can recover, and strong motivation for treatment is strongly linked to better outcomes.

21.     Records and interview data indicate that Ms. Zoe has been malnourished for several months.  She reported weighing 93 pounds at the time of her arrest, which she considered a healthy weight.  Over the past several months, her weight has been between 75 and 78 pounds, and she wishes to weigh even less, consuming only 200–300 calories per day.  She lost additional weight from May to June 2025.

22.     Although Ms. Zoe feels "obese" at her current weight, she recognizes that her malnutrition likely contributes to chronic fatigue, feeling cold ("I wear a jacket all the time"), lightheadedness and falls, hair loss and bald spots, muscle cramps, and constipation, likely due to slowed gastric emptying from inadequate intake.

23.     A common physical effect of anorexia nervosa in women is loss of menstruation. Ms. Zoe reported that she has not experienced menopause; her periods were absent for several months, and she had only scant menstruation in July.  She explained, "When my intake is regular, my period is regular, but when my intake is low, I do not have periods for a few months at a time.  Sometimes, I did not have periods for 6 or 8 months until my intake improved." This pattern is consistent with partial recovery and relapsing anorexia nervosa.

24.     Although not documented in medical records for June and July 2025, Ms. Zoe reported episodes of very low blood pressure and heart rate, both serious complications of anorexia nervosa.  If these symptoms are present, she may require immediate medical attention.

25.     Anorexia nervosa can negatively affect every organ system.  With timely, appropriate medical care, most complications are reversible.  Optimal management often requires a coordinated, multidisciplinary approach and sometimes hospitalization to address the medical consequences of the illness.

26.    I would recommend the following eating and feeding disorder treatment for Ms. Zoe:

a.    Identify probable problems with Ms. Zoe's current level of care, including:

i.    <u>Infrequent psychotherapy sessions:</u>  Psychotherapy is not being provided at a frequency adequate to support recovery.

ii.    <u>Weak collaboration with her dietitian:</u>  There is limited rapport and insufficient collaborative planning between Ms. Zoe and her dietitian.

iii.    <u>Outdated or incomplete medical monitoring:</u>  More recent medical testing—such as an ECG—is needed to manage complications of anorexia nervosa.

iv.    <u>Possible lack of specialty-trained providers:</u>  Some staff involved in Ms. Zoe's care may not have specialized training in eating disorder treatment.  Without proper expertise, patients face significant risks, as eating disorders can cause acute medical complications and long-term harm if not appropriately managed.

v.    <u>Inadequate treatment intensity:</u>  Ms. Zoe has not improved after three months of outpatient care focused on nutrition restoration and psychotherapy.  She reports distrust in her current care, recognizing—based on her past experience in specialized eating disorder programs—that it lacks appropriate expertise.  For example, she feels criticized when unable to follow her meal plan.  Research shows that hostile or judgmental responses from providers are counterproductive, while empathy, understanding, and firm but supportive care are more effective.

b.    Increase consistency of care.  Currently, Ms. Zoe's treatment, according to her report, consists of intermittent, loosely structured, or brief interventions that appear to lack

adequate support. This makes it difficult to maintain clear treatment goals and consistent clinical monitoring. Even in motivated patients, resistance to treatment is common in anorexia nervosa and ARFID because interventions often provoke significant anxiety. For this reason, treatment providers must be skilled in managing periods of resistance while maintaining therapeutic rapport and progress.

      c.     Provide weekly medical monitoring. This should include vital signs, weight, temperature, orthostatic blood pressure, pulse, height, and BMI. Medical care standards for eating disorders are outlined by the Academy for Eating Disorders (2021) in the *Medical Care Standards Guide* (4th ed), available at: https://www.aedweb.org/publications/medical-care-standards. Periodic lab testing is recommended, including a complete blood count with differential, comprehensive metabolic panel, serum magnesium and phosphorus, thyroid screen, and electrocardiogram (ECG). If Ms. Zoe shows signs of acute medical instability, hospitalization may be required to restore medical stability.

      d.     Follow American Psychiatric Association (APA) standards of care. According to the APA, treatment for anorexia nervosa must include nutritional rehabilitation and weight restoration, with individualized targets for weekly weight gain and overall goal weight. The APA also recommends that adults receive eating disorder–focused psychotherapy, which addresses both nutritional recovery and the thoughts and behaviors that maintain the disorder. Treatment should emphasize normalizing eating and weight-control behaviors, restoring weight, and addressing psychological factors such as fear of weight gain and body image disturbance.

      e.     Provide a higher level of care. Specific recommendations for a higher level of care for Ms. Zoe are as follows:

i.      When outpatient care is unsuccessful, it is appropriate to consider a higher level of treatment.  For Ms. Zoe, careful monitoring for medical instability is critical. Inpatient hospitalization is indicated if there are signs of acute medical compromise, such as low heart rate or cardiac arrhythmia.  Ms. Zoe has not gained significant weight over the past three months, and her BMI and weight remain dangerously low.  Successful weight restoration is best demonstrated by consistent, small weekly gains.

ii.      Given her lack of progress, I recommend transitioning Ms. Zoe to a specialty-focused eating disorder program for adults that addresses both anorexia nervosa and ARFID.  In such a setting, she would receive nutritional rehabilitation, structured meal support, individualized meal planning with a dietitian, medical monitoring, and psychotherapy.

iii.      Levels of care may include:

(1)      Inpatient hospitalization: for acute medical instability.

(2)      Residential treatment: patients live on-site and receive 24/7 monitoring, medical support, meal support, and therapy.

(3)      Partial hospitalization or intensive outpatient programs (IOP): patients participate in supervised meals and therapy during the day but return home at night.

iv.      If medically stable, Ms. Zoe is best suited for residential treatment until she normalizes eating behaviors and restores weight closer to her reported stable range of 90–95 pounds.  (Note that it is difficult to determine her precise healthy weight without pediatric records or earlier treatment reports.  While a report by Montgomery [June 27, 2025] indicated an "ideal body weight" of 115 pounds, Ms. Zoe reported that 115 pounds was a pregnancy weight and 93–95 pounds has historically been her stable weight.)

v.      Ms. Zoe is a strong candidate for residential treatment because:

(1)      She is highly motivated for recovery.

(2)      She has a history of improvement in higher levels of care and the ability to sustain partial recovery with professional support.

(3)      She demonstrates good insight into her anorexia and ARFID symptoms, including body image distortion, calorie counting, guilt after eating, food- and liquid-related bloating fears, restrictive eating rituals (such as chewing/spitting), body checking, and compulsive body measurements.  These require active, specialized intervention.

(4)      She can separate herself from her eating disorder thoughts and recognize them as symptoms.

(5)      She understands that recovery requires a supportive, knowledgeable, consistent, and specialty-trained environment, which is difficult to achieve in outpatient care.

vi.      If, for any reason, residential care is not possible, an in-person (preferably not online) partial hospital program may be helpful.  However, the recommended course is inpatient or residential treatment, with a step down to partial hospitalization or intensive outpatient care as progress is made.  After a higher level of care is completed, outpatient care by an eating disorder treatment team will be necessary to maintain progress.

27.     I reviewed the following sources in preparing this declaration:

a.      Crone, C., Fochtmann, L. J., Attia, E., Boland, R., Escobar, J., Fornari, V., … & Medicus, J. (2023).  The American Psychiatric Association practice guideline for the treatment of patients with eating disorders. *American Journal of Psychiatry*, 180(2), 167-171.

b.      Auger, N., Potter, B. J., Ukah, U. V., Low, N., Israël, M., Steiger, H., … & Paradis, G. (2021).  Anorexia nervosa and the long-term risk of mortality in women. *World Psychiatry*, 20(3), 448.

c.      Krug, I., Liu, Ms. Zoe, Portingale, J., Croce, Ms. Zoe, Dar, B., Obleada, K., … & Fuller-Tyszkiewicz, M. (2025).  A meta-analysis of mortality rates in eating disorders: an update of the literature from 2010 to 2024.  *Clinical psychology review*, 116, 102547.

d.      Heider, K. Ms. Zoe, Dempfle, A., Altdorf, Ms. Zoe, Herpertz-Dahlmann, B., & Dahmen, B. (2021).  Motivation to change in the course of a pilot study of a step-down treatment approach of inpatient and anorexia nervosa-specific home treatment and its effects on treatment outcome.  *Frontiers in psychiatry*, 12, 693103.

e.      Sharpe, Ms. Zoe L. (2024).  A living experience proposal for the co-occurring diagnosis of avoidant/restrictive food intake disorder and other eating disorders. *Journal of Eating Disorders*, 12(1), 110.

f.      Treasure, J., & Nazar, B. P. (2016).  Interventions for the carers of patients with eating disorders.  *Current Psychiatry Reports*, 18(2), 16.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Ithaca, New York this 4th day of September, 2025.


/s/ _____
Cris E. Haltom, PhD, CEDS

# Exhibit A

CURRICULUM VITAE

CRIS EDDY HALTOM, PH.D., CEDS

Work:
832 Hanshaw Rd., Ste. B
Ithaca, N. Y. 14850
Telephone: 607-272-6750
Cellular: 607-227-6750
Fax: 607-319-0696
E-mail: cce2@cornell.edu

**Education**

B.S. Degree, June 1970
Albion College, Albion, Michigan
Major: Chemistry
MA, Psychology, May 1974, Cornell University
Ph.D. Psychology, May, 1978, Cornell
University, Ithaca, N. Y.
Major: Psychology/Psychopathology

**Honors, awards and advisory boards**

2011 Ann Birnbach Memorial Award by Mental Health Association in Tompkins
Co. for outstanding service to the community. Specifically, founded, led Tompkins
County Eating Disorders Assoc. and led the Parent Partner Program for carers and
professional seeking information and support around eating disorders.

2010-2015:  F.E.A.S.T. (Families Empowered and Supporting Treatment of Eating
Disorders) Advisory Board, Alexandria, VA.
(http://feasted.org/FEAST/ProfessionalAdvisoryPanel.aspx)

2005 Rev. Jack Lewis Award, Ithaca, NY 2005 Annual Award for outstanding
community service to youth in crisis. Presented by Suicide Prevention and Crisis
Service to the Parent Partner Program tm  (support and education program for
carers of those with eating   disorders) Lead author Cris Haltom, PhD accepted
the award)

2002-2012: Director, Advisory Board for Parent Partner Program ™, Ithaca, NY

**Certification and Association Memberships**

Certified Eating Disorders Specialist (CEDS) – 2014 to present.  By International
Association of Eating Disorders Professionals.

Certified Family-Based Treatment Therapist (2012-present) Certified by Training Institute for Child and Adolescent Eating Disorders, Univ. of Chicago, supervision requirements completed June, 2011 (verify certification at www.train2treat4ed.com) James Lock, MD, Ph.D. & Daniel le Grange, PhD

EMDR Certified Level 2, EMDR Therapist, 1998

1981-present:  New York State Licensed Psychologist, License # 0006595.

Certificate of Professional Qualification in Psychology #1367

Member, American Psychological Association (Lifetime Member)

Member, International Association of Eating Disorder Professionals

Member, Academy of Eating Disorders

**Clinical training and experience**

1978-79 Clinical Psychology Internship:  Benjamin Rush Center for Mental Health and Mental Retardation, Philadelphia, PA, 1 year.  In addition to other therapy training programs, this internship included a nine-month  family therapy training program with the Philadelphia Child Guidance Center.

1979-present  Post-graduate training:  Multiple continuing education workshops and training conferences, ongoing participation. Training includes CBT, DBT, and family systems.

1979-1984   Associate Psychologist:  Elmira Psychiatric Center, Children and Youth Services.  Provided inpatient and outpatient assessment, psychotherapy, and case management services to children, adolescents, and their families.  Full-time: 1979-1982.  Part-time: 1982-1984.

1982-present:  Cris E. Haltom, Ph.D., CEDS Private Practice providing full-time psychotherapy, assessment and case management to youth and adults. Specializing in eating disorders, anxiety and mood disorders. NYS Licensed Psychologist #006595

1997-1998 Level I and Level II  EMDR Certification (Eye Movement Desensitization and Reprocessing)

2009-2011 Training Institute for Child and Adolescent Eating Disorders, Univ. of Chicago, group training plus 25 hours of individual supervision of clinical work

1999 Graduate of The MentorCoach Program, a coaching methods training program for clinicians

2001-2002 Led virtual group education classes, by teleconference, for families of individuals in treatment for eating disorders

2

2000- 2003 Participant by teleconference: MentorCoach Graduate Supervision program

2004-2012 Parent Partner Program ™ :  This was a six-hour support and education program for parents, siblings, family members, and friends of those with eating disorders. Taught by a community-based, non-profit, multi-disciplinary team. Supported by Cornell University Cooperative Extension and the Mental Health Association in Tompkins County. Manual by Cris Haltom, PhD et al  (2006). Trademark held by Cris Haltom, PhD. Published and available at www.gurze.com. This program has been presented in Ithaca over 20 times as well as in Rochester, NY, Syracuse, NY, Watertown, NY and Binghamton, NY under the supervision of Dr Haltom.

2006-2011 Western New York Comprehensive Care Centers for Eating Disorders: Title: Community Education and Prevention Liaison, University of Rochester School of Nursing, part of a New York State Dept. of Health grant.  This included providing monthly peer supervision of difficult cases.

2008 Six months clinical case supervision of social work student seeking to receive certification by IAEDP for treating eating disorders

2011-2012 Weekly clinical supervision of  PhD psychology intern seeking supervision for NYS Licensure.  Eating disorders case supervision and supervision of presentation of Parent Partner Program for carers (family, friends, and therapists seeking training) in Ithaca, NY.   1988-2005, 2008-present. Monthly clinical case peer supervision including case supervision regarding eating disorders.  All clinical treatment eating disorder questions were directed to Dr. Haltom.

2021 Monthly clinical supervision by Renee Rienecke Hoste, PhD, Northwestern University, FBT supervisor/consultant skills building

2010-2015, present: iECHO case consultation and training with Dr. Richard Kreipe and staff of Western NY Comprehensive Care Centers for Eating Disorders University of Rochester Medical Center in Rochester, NY

**Professional presentations**

Indicates provided clinical training for mental health, medical and/or dietitian providers

2023: Dec. 8, 2023 Family and Children's Service, Ithaca, NY. *Treating Disordered Eating Symptoms with Co-occurring Disorders.*

2023: Oct. 4, 2023 Instituto CRIAP, Porto, Portugal *Family Treatment of Teen Eating Disorders in Complex Families, Webinar*

2022: Aug. 5, 2022. American Psychological Association national conference.  *Not every family is traditional: Family treatment of teen eating disorders with complex families.*  Minneapolis, MN

2021: Ulster County Eating Disorders Conference. *Eating disorders in a changing world: Where do we go from here?* Kingston, NY.  Dec. 3, 2021

2021:  provided 6 months of clinical staff training and consultation for The Healing Connection and staff of the Western NY Comprehensive Care Centers for Eating Disorders, Rochester, NY, Family Based Treatment for child and adolescent eating disorders.  Funded by KMB for Answers, Inc.  501c-3 tax-exempt organization, Rochester, NY

2020 American Psychological Association workshop, annual national conference Aug. 5, 2020, available online for continuing education credits:  "Understanding Teen Eating Disorders: Meeting New Demands for Multifaceted Family Interventions" : WS308

2019 International Family Therapy Association 2019 Congress, Aberdeen, Scotland. March 30, 2019 presenter: Cris Haltom, PhD, CEDS "Understanding Teen Eating Disorders: Meeting New Demands for Multifaceted Family Interventions."

2018 28th Annual Renfrew Foundation Conference.  Philadelphia, Pa. Nov. 9, 2018 "Understanding teen eating disorders:  Multi-faceted treatment." By C. Haltom and M. Tantillo

2025, 2024, 2023, 2022, 2021, 2020, 2019, 2018, 2017, 2016, 2015, 2014, 2011: Invited guest lecture: Cornell University, Dept. of Nutritional Sciences, Nutrition Counseling course; *Mental Health Aspects of Eating Disorders and Interface with Nutrition Treatment.*

2016 Ithaca College, Dept. of Psychology, Psychology of Adjustment Course, guest lecture, Mental Health Aspects of Eating Disorders, April 26, 2016.

2015 International Academy of Eating Disorders Webinar:  "Tweens and Eating Disorders: Families Caught in the Developmental Crossfire", (clinical training webinar) https://clients.karunaconsulting.com/iaedp/wp/webinar-tween-and-eating-disorder/, Nov. 20, 2015

2015 WICB radio station, Ithaca, NY: 2 interviews about the nature and causes of eating disorders. Feb. 26, 2015 and March 12, 2015.

2015 Cornell Minds Matters and Students for Eating Disorder Awareness, Support and Recovery
March 9, 2015, "Body Image and Body Mindfulness: The Problem with Over Self-Objectification"

2014 MEDA conference, May 2, 2014. "Tweens and Eating Disorders: Caught in the Developmental Crossfire", Boston, Mass.

2013 Eating Disorders Alpbach 2013, 21st International Conference on Eating Disorders, Innsbruck, Austria, "Collaborative Professional Education for Carers of Those with Eating Disorders," oral presentation, Oct. 19, 2013., Tyrol, Austria

2012 Basset Medical Center, Cooperstown, NY Pediatric Grand Rounds presenter, Family Based Treatments for Eating Disorders in Youth, 11/6/12.

2010-2012 Ithaca College, Ithaca, New York 4 Guest lectures each year: Body Image and Eating Disorders, Dept. of Psychology.

2011 Cornell University, Ithaca, New York, Div. of Nutritional Sciences, lecture: Mental Health Aspects of Eating Disorders, April 10, 2010

2010 Family and Children's Services, Ithaca, NY 2-hour clinical training. "Motivational interviewing and cognitive behavior therapy with eating disorders. July 16, 2010.

2010 Cayuga Medical Center, Center for Healthy Living. Panel presentation: The female athlete triad.  May 19, 2010.

2010 Family and Children's Services, Ithaca, NY,  2-hour clinical training. "Assessment and
Early Intervention with Eating Disorders," April 16, 2010

2010 Syracuse University, Syracuse, NY, BRIDGES Body Image Symposium Workshop: Mindful Eating, March 27, 2010

2010 Cornell University, Ithaca, New York, Div. of Nutritional Sciences, lecture: Mental Health Aspects of Eating Disorders, April 12, 2010

2010 Family and Children's Services, Ithaca, NY 3-hour clinical training. "Mental health aspects of eating disorders and treatment overview," Feb. 5, 2010

2009 University of Buffalo, State University of NY School of Social Work, Batavia, NY, six hour training, "Evidence-based family treatment for eating disorders in youth, "June 19.

2009 Guest lecture, Cornell University, Division of Nutritional Sciences. Ithaca, NY, "Mental Health Aspects of Eating Disorders," April 13.

2009 North Country Behavioral Healthcare Network, Eating Disorders in the North Country Conference, Watertown, NY, "Understanding eating disorders," Feb. 27.

2008 Bluegrass Regional MH-MR Board, Inc., Clinical Leadership Committee, 2008 Clinical Meeting/Training, "Family-based treatment for eating disorders in youth," Lexington, KY, Nov. 17, 2008.

2008 18th Annual  Renfrew Center Foundation Conference for Professionals, Philadelphia, Pa., "Building connections between family, friends, and professionals," Nov. 16, 2008.

2008 Guest lecture, "Mental health aspects of eating disorders," Cornell University, Div. of Nutritional Sciences, April 14, 2008.

2008  Parent Partner Program clinician training and public presentation. St. Mary's Hospital Rochester, NY Feb 29, 2008.

2007 Kentucky Psychological Association. Louisville, KY  "Family-Based Treatment for Anorexia and Bulimia: The Maudsley Approach," Nov. 8, 2007.

2007 Ithaca College Counseling Center, Ithaca, New York Professional Development workshop: "Eating disorders: serious mental illnesses", Oct. 25, 2007

2007 Cornell Cooperative Extension System Conference: The Public Value of Extension,
Cornell University, Ithaca. NY: co-present workshop "It's not about food!" Oct. 11, 2007

2007 Eating Disorders Recovery Center of Western NY, Syracuse University: Workshop presentation: "Family-based treatment of eating disorders", Oct. 5, 2007.

2007 Massachusetts Eating Disorders Association. Boston, Mass. "Parent-Empowered Eating Disorder Treatment:  The Maudsley Method"  March 24, 2007.

2007 Ithaca College. Feb. 5, 2007. Ithaca, New York "Fit in your genes: make peace with your body." Health Promotions Series.

2006 International Assoc. of  Eating Disorder Professionals Symposium
July 14, 2006, Chicago: Workshop: " Parent-Empowered Eating Disorder Treatment: Reflections on the Maudsley Method"

2006 Ophelia's Place: Hope, Help, and Healing Conference Feb. 25, 2006, Syracuse N.Y.
Presented workshop: "The Maudsley Model: A New Family Treatment"

2005 New York State Psychological Association 2005 Annual Convention: May 14, 2005, Presented workshop: "How can we help kids with eating disorders? Parenting styles and family treatment"

2005 Panel presentation:  Treatment team coordination, New York State Eating Disorders Initiative Conference, Feb., 2005, Syracuse, N. Y.

2005 Clinical staff training at Family and Children's Service, Ithaca, 11/11/04, "Treating anxiety with cognitive behavioral therapy"

2002-2008 Designed, developed and presented Parent Partner Program tm co-sponsored by Cornell Cooperative Extension and the Mental Health Assoc. of Tompkins County, a program as an adjunct to treatment for parents and caretakers

of youth with eating disorders. This is an ongoing program, which I have co-presented multiple times across New York State

2003 Developed and facilitated support group for parents and caretakers of youth with eating    disorders. Co-sponsored by the Cornell Cooperative Extension and the Mental Health Assoc. of Tompkins Co.

2003 Renfrew Center Foundation Conference 2003, Co-presented workshop, "Parenting Styles in Family Treatment of Disordered Eating," Nov. 14, 2003, Philadelphia, Pa.

2002 International Association of Eating Disorder Professionals Symposium 2002, 8/04/02,
 Las Vegas, Nevada. Co- presented workshop with Travis, RD, MS, and CDN
 "Adolescent Loss: Treating Eating Disorders and Family Trauma in Youth."

2001 Eleventh Annual Renfrew Center Foundation Conference. Co-Presented workshop with Sue Travis, RD, MS, CRD "Adolescent Loss: Treating Adolescents with Eating Disorders in the Wake of Family Trauma." , 11/10/01

2001 American Psychological Association 2001 Symposium: panel presenter "Coaching women virtually: for connection." Creating new avenues for connection. 8/28/01

2001 Rochester Eating Disorder Network.  2001 Annual Symposium Speaker: "The Eating Disorder Recovery Process: Stages of Growth for Parents." 10/30/01, Sponsored by the University of Rochester School of Medicine, Division of Adolescent Medicine.

2000 American Psychological Association 2000 Symposium: panel presenter "Anorexia Survival Guide for Parents: Teleclasses for Parents of those with Anorexia," 8/8/00

1999 University of Rochester School of Medicine, Dept. of Adolescent Medicine, Conference:  Youth and Violence:  A Resiliency Approach to Prevention And Intervention.  Main workshop presenter.  Haltom, C., Ph.D.; Travis, S. MS, RD; and Stewart, P., RD, Ph.D.  "Linking disordered eating, sexual abuse, and other trauma." (5/19/00)

1999-2002 Co-presenter:  Parents Apart, Six-hour workshop for parents recently separated or divorced

1998 Annual workshop training for Tompkins County Dept. of Social Services staff and for foster/adoptive parents of youth who have offended or were sexually abused.

1995 Tompkins County Mental Health Clinic.  Workshop presenter for clinic staff development  training.  "Treating eating disorders."

1995 Tompkins-Seneca-Tioga Board of Cooperative Educational Workshop presentation:   A.D.D. – The Impact of A.D.D. on Families, 4/27/95

1995 Guest lecturer: Dept. of Human Service Studies, "Treating eating disorders" , March 7, 1995.

1994 Suicide Prevention and Crisis Service, Ithaca, N. Y. Staff training. "Eating disorder intervention."

1994 Panel Presenter: Cornell University, Arts and Sciences Career Office, "Clinical and counseling careers in psychology: What degree do you need?" Oct. 27.

1994-2008 Guest lecturer. Div. Of Nutritional Sciences and Dept. of Human Development and Family Studies, Cornell University. Topics: Eating disorders: Nature, Etiology, treatment and prevention.

1988 Cable television, Ithaca College, Ithaca, NY:   Interviewed on topic of eating disorders

**Academic Teaching Experience**

1971-1976: Teaching assistant: Nine psychology courses in the areas of social, personality, and psychopathology while completing doctoral program, Dept. of Psychology, Cornell University.

Lecturer/adjunct faculty:

-   Elmira College, Elmira NY: Fall 1976, Course: Abnormal Psychology; Winter 1977, Social Problems of Alcohol Abuse (Graduate level course).

-   Eisenhower College, Seneca Falls, NY:  Spring 1976, Abnormal Psychology

-   Cornell University, Ithaca, NY:  Summer 1977, Selected Problems in Psychopathology and Society: Alcohol and Drug Abuse, Dept. of Psychology; Spring 1978, Topics in Adolescent Development:  Sex Role Development in Adolescence, Dept. of Human Development and Family Studies.

2010-2023:  Ithaca College, Ithaca, NY: Part-time faculty, Dept. of Psychology,

**Dissertations**

1974 M.A. Cornell University.  "Personality Determinants of Subjective Reactions to Psychoactive Drugs."

1979 Ph.D., Cornell University. "The Effects of Alcohol on Anxiety in Problem and Non-Problem Drinking Women."

**Publications and papers**

1979 Eddy, C. (AKA Haltom, Cristen Eddy) "The Effects of Alcohol on Anxiety in Problem Drinking Women," Alcoholism: Clinical and Experimental Research. 3:2, 107-114. This paper was also delivered at the Sixth Annual Graduate Student Conference in Social and Personality Psychology, April 8, 1978, Nashville, TN.

1979 Eddy, C. (AKA Haltom, C.) "The effects of alcohol on anxiety on problem drinking women," in Eddy, C (AKA Haltom, C.) and Ford, J. (Eds.) *Women and Problem Drinking*, Dubuque, IA, Kendall/Hunt Publishing Co., 1980.

1980 Eddy, C. (AKA Haltom, C.) and Ford, J. (Eds.) *Women and Problem Drinking*, Dubuque, IA, Kendall/Hunt Publishing Co.

1980 Eddy, C. (AKA Haltom, C.) and Olson, C., "Fetal alcohol syndrome and drinking during pregnancy," in Eddy, C. and Ford, J. *Women and Problem Drinking*. Dubuque, IA, Kendall/Hunt Publishing Co.

1999 Haltom, C. and Haltom, M. "Making Time for Your Relationships," ABD Survival Guide, monthly e-mail newsletter published by Ben Dean, Ph.D., www.mentorcoach.com. Reprinted in a manual published by the Sydney University Postgraduate Representative Association, Univ. of Sydney, Sydney, Australia.

2000-2007 Haltom, C. Eating Disorder Survival Guide for Parents, monthly e-newsletter, www.EDsurvivalguide.com, Vols. 1- 50

2004 Haltom, C. *A Stranger at the Table: Dealing with Your Child's Eating Disorder*, Carrollton, TX: Hewell (formerly Ronjon) Publishing, Inc.

2004 *Parenting A Child with an Eating Disorder* (2004) 60 minute video produced by Cris Haltom, PhD Interview with Mary Ellen and Dan Clausen, Ophelia's Place, Liverpool, N. Y. The Clausen's are parents of two young women with eating disorders and Mary Ellen is the founder and Director of Ophelia's Place. Distributed by Cornell Cooperative Extension, Cornell University.

2005 Haltom, Cris, Ph.D, "Women at mid-life." Book review. Eating Disorders Today. 3:3 pp. 8-9

2008 Haltom, C., Travis, S., DeSilva, A., Uphoff, M., Popenoe, J., Potter, N., and Jenkins, B. (2008) Parent Partner Program: Helping Family, Friends and Carers Understand Eating Disorders. Distributed by Gurze Publications, Carlsbad, CA.

2012 Haltom, C., Ribiero, R. and Potter, N. "Collaborative professional education for carers of those with eating disorders," *European Eating Disorders Review*. 20:4, 311-312.

2018 Haltom, C. Simpson, C., Tantillo, M. *Understanding Teen Eating Disorders Warning Signs, Treatment Options, and Stories of Courage*. ( London: Routledge, Taylor and

Francis Group.) https://www.routledge.com/Understanding-Teen-Eating-Disorders-Warning-SignsTreatment-Options/Haltom-Simpson-Tantillo/p/book/9781138068834

Cohen, M. A. (2018). [Review of the book Understanding teen eating disorders: Warning signs, treatment options, and stories of courage by C. Haltom, C. Simpson, & M. Tantillo]. *The Eating Disorder Journal*, 19(5), Books and Book Reviews Section. Retrieved from https://www.edreferral.com/journal/the-eating-disorder-journal-may-2018-vol-19-no5-604

2018 Haltom, C "Helping Teens with Eating Disorders Get Treatment." Mirror-Mirror-Eating Disorder Help, online publication:
https://www.mirror-mirror.org/helping-teens-with-eating-disorders-get-treatment.htm

2019 Narrator: Kathy Cortese: Gurze/Salucore . ED Matters: Healthy Conversations about Eating Disorders. Podcast Episode # 117; recorded on Nov. 9, 2018.   "Teens, Courage and Recovery," with Cris Haltom and Mary Tantillo.
https://www.stitcher.com/podcast/ed-matters/e/57757518

2022 Haltom, C. E., & Halverson, T. F. (2022). Relationship between college lifestyle variables, eating disorder education, and eating disorder risk. *Journal of American College Health*, 1-9.

**Current Areas of Professional Interest and Expertise**

Presenting workshops, consulting, writing and public speaking on the topic of eating disorders.

Clinical treatment and clinical supervision of those treating eating disorders, anxiety and mood disorders, adolescent issues, trauma, family systems work, and psychological assessment.

**References**

Mary Tantillo, RN, PhD
School of Nursing
University of Rochester Medical Center
Rochester, New York 14642
 (585) 276-4385
E-mail: tantillo@rochester.rr.com

Edward Sorel, PhD
Portland, OR
NYS and Oregon Licensed Psychologist
E-mail: psyresgrp@aol.com

Ellen deLara, PhD, LCSW-R, ACSW
Board Certified Diplomate,
BCD Associate Professor Emerita
Syracuse University

Syracuse, NY 13244

607-257-2644

E-mail: edelara@syr.edu